IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

IN RE: SANERIA LASHAY BENSON, *Pro Se* Debtor — CASE NO. 1:26-bk-71960, Chapter 7

**ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO CURE DEFICIENCIES**

The Acting United States Trustee ("UST") for Region 13, through the undersigned counsel, moves the Court to dismiss this case for failure to cure deficiencies pursuant to 11 U.S.C. § 707(a).[1] In support of this motion, the UST respectfully states that:

1. This Court has jurisdiction of this matter under 28 U.S.C. §§ 1334(a) and (b), 28 U.S.C. §§ 157(a) and (b)(1), and 28 U.S.C. § 151. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A) and (B). This motion is filed pursuant to 11 U.S.C. § 707(a).

2. The *Pro Se* Debtor filed a voluntary Chapter 7 petition on October 1, 2026.

3. On October 1, 2026, the Court issued its Order of Deficiencies (Doc. #5). Said Order denoted the following required schedules and/or statements not filed with the petition and their respective deadlines for filing:

> Due within 14 days from the filing date of the voluntary petition, or by October 15, 2026: Summary of Assets and Liabilities, Schedules A/B through J (if required), Declaration About an Individual Debtor's Schedules, Statement of Current of Monthly Income - Ch 7, Statement of Financial Affairs.
>
> Due within 30 days from the filing date of the voluntary petition, or by November 2, 2026: Statement of Intention.

[1] Unless otherwise noted, all statutory section references herein are to the Bankruptcy Code, 11 U.S.C. § 101, *et seq.*

4. As of the filing of this motion, the *Pro Se* Debtor has neither filed all of the aforementioned statements and/or schedules, nor filed a motion requesting an extension of time in which to file them.

5. The Court's Order further stated that *Pro Se* Debtor's failure to file all of the aforementioned statements and/or schedules may result in the *Pro Se* Debtor's case being dismissed.

6. The *Pro Se* Debtor is required to file the aforementioned pleadings by the deadlines specified above. 11 U.S.C § 521(a)(1).

7. For the reasons stated above, cause exists pursuant to 11 U.S.C. § 707(a) for dismissal of the *Pro Se* Debtor's bankruptcy case.

WHEREFORE, the Acting United States Trustee respectfully requests, pursuant to § 707(a), that the Court dismiss this case, and for such other and further relief as may be just and proper.

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

By: /s/ M. Todd Elder

M. Todd Elder, Bar No. 2001038
Trial Attorney
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201-3618
Phone: (501) 324-7357
Email: Michael.Elder@usdoj.gov

Certificate of Service

The undersigned certifies that a copy of the foregoing was served by United States Mail, postage prepaid, this 18th day of November, 2026, upon those parties not receiving electronic notification.

Saneria Lashay Benson
144 Union Rd. 283rd
Junction City, AR 71749

/s/ M. Todd Elder
M. Todd Elder